# EXHIBIT A

Electronically FILED by Superior Court of California, County of Los Angeles on 05/06/2021 03:05 PM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Barel,Deputy Clerk
Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Serena Murillo

**PLD-PI-001**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Neer Lerner ( SBN 266625)<br>Lerner Law Firm, PC<br>2600 W. Olive Avenue, Suite 500<br>Burbank CA 91505<br>TELEPHONE NO: **(818) 576-8282**   FAX NO. *(Optional):* **(818) 330-4072**<br>E-MAIL ADDRESS *(Optional):* **neer@lernerlawfirm.net**<br>ATTORNEY FOR *(Name):* **Daniel Bruce** | FOR COURT USE ONLY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles**
STREET ADDRESS: 312 North Spring Street
MAILING ADDRESS: 312 North Spring Street
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Spring Street Courthouse

PLAINTIFF: Daniel Bruce

DEFENDANT: Allstate Northbrook Indemnity Company

[✓] DOES 1 TO **50**

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED** *(Number):*

**Type** *(check all that apply):*
[✓] MOTOR VEHICLE    [✓] OTHER *(specify):* General Negligence
[ ] Property Damage    [ ] Wrongful Death
[✓] Personal Injury    [ ] Other Damages *(specify):*

**Jurisdiction** *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded [ ] does not exceed $10,000
                    [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER: **21STCV17138**

1. **Plaintiff** *(name or names):* Daniel Bruce
   alleges causes of action against **defendant** *(name or names):*
   Allstate Northbrook Indemnity Company; Does 1 to 50
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

**Exhibit A**
**2**

PLD-PI-001

| SHORT TITLE: Daniel Bruce v. Allstate Northbrook Indemnity Company et al. | CASE NUMBER: |
|---|---|

4. [ ] Plaintiff *(name)*:
  is doing business under the fictitious name *(specify)*:

  and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
  a. [✓] **except** defendant *(name)* Allstate Northbrook Indemnity Company
    (1) [ ] a business organization, form unknown
    (2) [✓] a corporation
    (3) [ ] an unincorporated entity *(describe)*:
    (4) [ ] a public entity *(describe)*:
    (5) [ ] other *(specify)*:

  [ ] **except** defendant *(name)*:
    (1) [ ] a business organization, form unknown
    (2) [ ] a corporation
    (3) [ ] an unincorporated entity *(describe)*:
    (4) [ ] a public entity *(describe)*:
    (5) [ ] other *(specify)*:

  b. [ ] **except** defendant *(name)*:
    (1) [ ] a business organization, form unknown
    (2) [ ] a corporation
    (3) [ ] an unincorporated entity *(describe)*:
    (4) [ ] a public entity *(describe)*:
    (5) [ ] other *(specify)*:

  d. [ ] **except** defendant *(name)*:
    (1) [ ] a business organization, form unknown
    (2) [ ] a corporation
    (3) [ ] an unincorporated entity *(describe)*:
    (4) [ ] a public entity *(describe)*:
    (5) [ ] other *(specify)*:

  [ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. [✓] Doe defendants *(specify Doe numbers)*: 1 to 50    were the agents or employees of other named defendants and acted within the scope of that agency or employment.
  b. [✓] Doe defendants *(specify Doe numbers)*: 1 to 50    are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
  a. [ ] at least one defendant now resides in its jurisdictional area.
  b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. [✓] injury to person or damage to personal property occurred in its jurisdictional area.
  d. [ ] other *(specify)*:

9. [ ] Plaintiff is required to comply with a claims statute, **and**
  a. [ ] has complied with applicable claims statutes, **or**
  b. [ ] is excused from complying because *(specify)*:

PLD-PI-001

| SHORT TITLE: Daniel Bruce v. Allstate Northbrook Indemnity Company et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☑ Motor Vehicle
    b. ☑ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☑ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☑ property damage
    f. ☑ loss of earning capacity
    g. ☑ other damage *(specify):*
       Past and future medical expenses; past and future wage loss and loss of earning capacity; past and future household services; past and future incidental expenses; and past and future pain and suffering.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
    16. Demand for Jury Trial Plaintiff hereby demands a trial by jury in all the causes of actions alleged herein.

Date: May 6, 2021

Neer Lerner
(TYPE OR PRINT NAME)                                (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(1)

| SHORT TITLE: Daniel Bruce v. Allstate Insurance Company, et al. | CASE NUMBER: |
|---|---|

**First** _(number)_     **CAUSE OF ACTION—Motor Vehicle**

ATTACHMENT TO [✓] Complaint    [ ] Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

Plaintiff _(name):_ Daniel Bruce

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on _(date):_ On or about July 28, 2017
at _(place):_ At or near intersection of Ventura Boulevard and Aura Avenue, Los Angeles, CA 91356

MV- 2. DEFENDANTS
    a. [✓] The defendants who operated a motor vehicle are _(names):_

         [✓] Does  1  to  10

    b. [ ] The defendants who employed the persons who operated a motor vehicle in the course of their employment are _(names):_

         [ ] Does _____ to _____

    c. [ ] The defendants who owned the motor vehicle which was operated with their permission are _(names):_

         [ ] Does _____ to _____

    d. [ ] The defendants who entrusted the motor vehicle are _(names):_

         [ ] Does _____ to _____

    e. [✓] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were _(names):_

         [✓] Does  1  to  50

    f. [✓] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
         [✓] listed in Attachment MV-2f    [ ] as follows:

         [✓] Does  1  to  50          Page  4

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Motor Vehicle**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE: Daniel Bruce v. Allstate Northbrook Indemnity Company, et al. | CASE NUMBER: |
|---|---|

Second _____ CAUSE OF ACTION—General Negligence    Page 5 _____
(number)

ATTACHMENT TO   [✓] Complaint    [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Daniel Bruce

alleges that defendant *(name)*: Allstate Northbrook Indemnity Company

[✓] Does 1 to 50

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: or about July 28, 2017
at *(place)*: or near intersection of Ventura Boulevard and Aura Avenue

*(description of reasons for liability):*
On or about July 28, 2017, plaintiff Daniel Bruce suffered substantial injuries and damages to his property as a result of a rear-end collision caused by an uninsured hit-and-run driver.

Allstate Northbrook Indemnity Company and Does 11 to 50 were and remain obligated by the California Insurance Code and applicable insurance policy to fairly respond to and evaluate Plaintiff's claim for Uninsured Motorist benefits under the policy, but have failed and refused to respond to multiple demands for arbitration of this matter.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

Exhibit A
6

MC-025

| SHORT TITLE: Daniel Bruce v. Allstate Northbrook Indemnity Company et al. | CASE NUMBER: |
|---|---|

**ATTACHMENT** *(Number):* GN-1

*(This Attachment may be used with any Judicial Council form.)*

1. Allstate Northbrook Indemnity Company and Does 11 to 50 were and remain obligated by the California Insurance Code and applicable insurance policy to fairly respond to and evaluate Plaintiff's claim for Uninsured Motorist benefits under the policy, but have failed and refused to respond to multiple demands for arbitration of this matter.

2. Defendants Allstate Northbrook Indemnity Company and Does 1 to 50 acted in a joint venture and/or enterprise, and/or in an employee-employer, agent-principal, or some other relationship which caused the injuries and damages alleged herein.

3. Defendants Does 1 to 10 designed, manufactured, constructed, built, owned, sold, transferred, managed, maintained, controlled, used, operated, supervised, inspected, and/or repaired the vehicle(s), other property involved in this incident, all or part of the collision site, adjacent property, improvements, and/or fixtures thereon, and/or component parts thereof, in a negligent, careless, reckless, unlawful, defective, and/or dangerous manner which were used in a foreseeable manner involving unreasonable damages and/or risk not reasonably apparent, without adequate warning, which caused injuries and damages to Plaintiff as alleged herein.

4. Defendants Does 1 to 10 leased or rented the vehicle that collided with Plaintiff's vehicle, and negligently, carelessly and/or unlawfully entrusted same to other defendants, thereby sharing responsibility for each of Plaintiff's injuries and damages, as alleged herein.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 6 of 6

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

Exhibit A
7