NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANIEL BRUCE, | Case No. 2:21-cv-09408- FWS (PDx) |
| Plaintiff, | Honorable Fred W. Slaughter |
| v. | **ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [24]** |
| ALLSTATE NORTHBROOK INDEMNITY COMPANY and DOES 1 TO 50, | |
| Defendants. | [*Joint Stipulation filed concurrently.*] |
| | Complaint Filed: May 6, 2021<br>Action Removed: December 6, 2021<br>Trial Date: July 25, 2023 |

On September 2, 2022, Defendant Allstate Northbrook Indemnity Company and Plaintiff Daniel Bruce filed a Joint Stipulation to Dismiss the Entire Action with Prejudice, pursuant to Federal Rule of Civil Procedure Section 41(a) [28] (the "Stipulation").

After considering the Stipulation and all other matters presented to the court, **IT IS HEREBY ORDERED THAT**:

Pursuant to the Stipulation, the Plaintiff's Complaint and this entire Action including any and all claims arising out of the underlying motor vehicle accident, uninsured motorist claim, and medical payments claim, are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: September 6, 2022

By _____
Hon. Fred W. Slaughter
UNTED STATES DISTRICT JUDGE